AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America )
v. )
Calvin Permenter, )  Case No. 19-6500-Seltzer
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 18, 2019__ in the county of __Broward__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) | Possession with the Intent to Distribute 500 grams or more of cocaine |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Danny Polo, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/22/2019

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Danny Polo, being duly sworn, depose and state as follows:

1. I am a Task Force Officer with the Drug Enforcement Administration ("DEA") assigned to the Miami Field Division. I have been a Task Force Officer with the DEA for approximately 1 year, having been assigned to the Miami Field Division since November 2018. Since March 2015, I have been a Deputy Sheriff for the Broward Sheriff's Office ("BSO"). Prior to that, I was employed as a police officer with the cities of Hollywood and Deerfield Beach. I have received specialized training in the investigation of illegal drug smuggling and distribution; have participated in numerous illegal drug investigations; and have debriefed defendants, informants, and witnesses who had personal knowledge of major drug trafficking organizations. I am certified as an Advanced Gang Specialist with the Florida Gang Investigators Association and has advanced training in narcotics identification and investigations, firearms investigations, organized crimes investigations, and money laundering investigations.

2. The information contained in this Affidavit is submitted for the limited purpose of supplying probable cause to believe that on or about October 18, 2019, Calvin PERMENTER possessed with intent to distribute 500 grams or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B). Because of its limited purpose, this Affidavit does not contain all the information known to law enforcement regarding this investigation. This Affidavit is based on personal knowledge as well as information provided to me by other law enforcement officers.

3. On September 18, 2019, BSO Detective Inneo learned of an anonymous tip received through the Crime Stoppers program. The tip stated that a residence located

1

at 277 SW 2nd Court, Deerfield Beach, Florida (the "Residence") was being used to manufacture heroin and crack for distribution. Detective Inneo conducted surveillance on the residence and confirmed that Calvin PERMENTER, among others, frequents the residence.

4. On October 8, 2019, at approximately 5:00 a.m., BSO detectives recovered trash from the Residence. Within the trash, detectives found a plastic shopping bag that contained a small, clear Ziploc bag which contained multiple smaller clear Ziploc bags that are consistent with packaging narcotics for street level sales.

5. On October 15, 2019, at approximately 5:00 a.m., BSO detectives conducted a trash pull at the Residence. Among other things, detectives found a vacuum sealed bag that was covered in multiple layers of saran wrap, clear, and black packing tape with the numbers "456" spray-painted on the front. The bag had residue of white powder on the inside. The powder field tested positive for cocaine and the odor of cocaine emanated from the bag.

6. On October 18, 2019, law enforcement conducted surveillance on the Residence. At approximately 2:40 p.m., PERMENTER left the residence in a red Toyota Corolla. At approximately 3:36 p.m., PERMENTER arrived at 240 Lock Road, Deerfield Beach, Florida. Law enforcement observed PERMENTER exit the red Toyota and enter 240 Lock Road, empty handed. At approximately 3:39 p.m., law enforcement observed PERMENTER exit 240 Lock Road carrying a medium-sized, grey Neiman Marcus paper bag with a white and red plastic "thank you" shopping bag sticking out of the top. A rectangular item consistent with the size and shape of a kilogram of narcotics was visible sticking out of the bag. PERMENTER locked the door to 240 Lock Road,

and re-entered the red Toyota.

7. Law enforcement maintained surveillance on the vehicle. During surveillance, law enforcement observed PERMENTER make an improper left turn across several lanes of traffic and later throw a cigarette out of the window. Shortly thereafter, law enforcement conducted a traffic stop of the vehicle. PERMENTER presented a Florida driver's license and insurance card, but did not have the vehicle's registration. While a traffic citation was being prepared, law enforcement brought a narcotics detecting canine to conduct an open air exterior sniff of the vehicle.

8. The canine alerted to the presence of narcotics within the vehicle. A search of the vehicle was conducted, and under the front passenger seat, law enforcement found the same medium-sized, grey Neiman Marcus paper bag PERMENTER took out of 240 Lock Road. Inside that bag, law enforcement found a rectangular brick-shaped package with the number "456" spray-painted on it. Approximately $10,000 in U.S. currency wrapped into $1,000 bundles was found in the center console.

9. The rectangular package was found to weigh approximately 1 kilogram, and its contents field-tested positive for the presence of cocaine.

10. Based upon the foregoing information, your Affiant respectfully submits that probable cause exists to believe that the defendant, Calvin PERMENTER did knowingly and willfully possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

FURTHER YOUR AFFIANT SAYETH NOT.

DANNY POLO, TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINSTRATION

Sworn to and subscribed
before me this 22nd day of October, 2019.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE